| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch, Esq.<br>klynch@formanlaw.com | |
| In Re:<br><br>PHILLIP MERANDINO,<br><br>　　　　　　　　　Debtor. | Chapter:   7<br><br>Case No.:   19-33088 SLM<br><br>Judge:   Hon. Stacey L. Meisel |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.   The applicant, Charles M. Forman, is the

　　　☒Trustee:　　　☒Chap. 7　　☐Chap. 11　　☐Chap. 13.

　　　☐Debtor:　　　☐Chap. 11　　☐Chap. 13　　☐Official Committee of _____

2.   The applicant seeks to retain Forman Holt to serve as:

　　　☒ Attorneys for:

　　　☒Trustee　　　　☐Debtor-in-Possession

　　　☐Official Committee of _____

3.   The employment of Forman Holt is necessary because of the legal issues which are anticipated to be encountered in the administration of this estate.

F0071190 - 1

4. Forman Holt has been selected because it is highly experienced in bankruptcy law and related areas of law such as commercial litigation and transactional matters and is thoroughly competent to act as my attorneys in the administration of this estate. In particular, Forman Holt has developed expertise in the representation of Chapter 7 and Chapter 11 Trustees.

5. The professional services to be rendered shall, include, but not be limited to,

   a. Investigation of assets and prosecution of claims on behalf of the Trustee and the debtor's estate;

   b. Preparation of notices, applications, motions, certifications, and complaints, and the prosecution or settlement thereof, on behalf of and for the benefit of the Trustee and the debtor's estate;

   c. Assistance to the Trustee in connection with the liquidation of the assets of the estate as is appropriate under the circumstances;

   d. Preparation of correspondence to and attendance at conferences with the debtor and creditors of the estate, the Court, the Office of the United States Trustee and parties in interest; and

   e. Any other purpose that is necessary and proper to assist the Trustee in carrying out his duties in the administration of the estate.

6. The proposed arrangement for compensation is as follows: Forman Holt shall bill the estate at its usual hourly rates as set forth in the Certification of Kim R. Lynch, Esq.

7. To the best of the Applicant's knowledge, the connection of Forman Holt with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

8. To the best of the Applicant's knowledge, Forman Holt:

    ☒ does not hold an adverse interest to the estate.

F0071190 - 1                                              2

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. §101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which it will be retained under 11 U.S.C. § 327(e).

WHEREFORE, Applicant respectfully requests authorization to employ Forman Holt to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

FORMAN HOLT
Proposed Attorneys for Trustee

By: */s/Kim R. Lynch*          */s/ Charles M. Forman*
    Kim R. Lynch             Charles M. Forman, Trustee

Dated: January 13, 2020